# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

136340

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JAMES ASKEW,
     Defendant-Appellant.

SC: 136340
COA: 281315
Wayne CC: 98-007542-FC

_____/

On order of the Court, the application for leave to appeal the February 15, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

*Corbin R. Davis*
Clerk

s0915